UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _25-mj-08378-AEV_____

FILED BY____MB____D.C.

Jul 16, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

vs.

ABEL TORRES-SAUCEDO,

            Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? ☐ Yes ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0592501
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    305-905-7509
Fax:    (561) 820-8777
Email:  daniel.funk@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
Southern District of Florida  ▾

FILED BY_____ **MB** ____D.C.

*Jul 16, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America )
v. )
)    Case No.  25-mj-08378-AEV
ABEL TORRES-SAUCEDO, )
)
)
)
_____ )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ **June 4, 2025** _____ in the county of _____ **PALM BEACH** _____ in the _____ **SOUTHERN** _____ District of _____ **FLORIDA** _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Illegal Reentry by a Previously Removed Alien |

This criminal complaint is based on these facts:

See attached narrative

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cesar Barrientos, CBP Resident Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 16 July 2025

_____
*Judge's signature*

City and state:        FORT PIERCE, FLORIDA

HON. ANN E. VITUNAC
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Cesar Barrientos, first being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.        I am employed as a United States Border Patrol Resident Agent, with Customs and Border Protection and the United States Department of Homeland Security. I have been a United States Border Patrol Agent for the last 25 years. I am currently the Vero Beach Resident Agent assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Resident Agent, my duties and responsibilities include enforcing federal criminal and administrative immigration laws of the United States.

2.        As a federal agent, I have participated in investigations of persons suspected of violating a variety of federal laws governing the borders and the interior of the United States, which include immigration violations. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the execution of arrest and search and seizure warrants. As a federal agent, I am authorized to conduct investigations of, and to make arrests for, offenses involving immigration law violations, including those offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code.

3.        This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Abel TORRES-SAUCEDO committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a)(1).

1

## PROBABLE CAUSE

4.     On or about June 4, 2025, I assisted the Palm Beach County Sheriff's Office Human Trafficking Unit with the positive identification of a subject in their custody for violations of Florida State statutes prohibiting the derivation of support from the proceeds of prostitution and owning, establishing, maintaining, or operating any place, structure, building, or conveyance for the purpose of lewdness, assignation, or prostitution. The subject had identified himself as Abel SAUCEDO-TORRES. Further investigation through Department of Homeland Security Databases revealed that SAUCEDO-TORRES was a Mexican national illegally present in the United States, who had been previously removed from the United States on three prior occasions.

5.     On June 4, 2025, SAUCEDO-TORRES was booked at the Palm Beach County Jail pending criminal prosecution by the State of Florida for the above-mentioned charges. I contacted the Palm Beach County Jail and lodged an immigration detainer on the subject.

6.     On July 10, 2025, the State of Florida failed to file a criminal information charging SAUCEDO-TORRES, and he was released from state custody. The Palm Beach County Jail honored the immigration detainer and SAUCEDO-TORRES' physical custody was turned over to the U.S. Border Patrol. SAUCEDO-TORRES was transported to the West Palm Beach Border Patrol Station for further investigation and processing. On arrival to the West Palm Beach Border Patrol Station, SAUCEDO-TORRES' fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States on three separate occasions under AXXX XXX 134.

7.     On July 14, 2025, I reviewed electronic copies of documents from the immigration alien file belonging to SAUCEDO-TORRES, AXXX XXX 134. These records revealed that

SAUCEDO-TORRES is a native and citizen of Mexico, who has an adverse immigration history which includes one voluntary return, and three prior removals from the United States to Mexico. These records indicate that on or about August 26, 2002, SAUCEDO-TORRES was arrested for illegally entering the United States, and he was granted a voluntary return to Mexico on the same day, August 26, 2002. On or about November 09, 2024, SAUCEDO-TORRES was arrested a second time for illegally entering the United States, and he was order removed from the United States by an Immigration Officer via Expedited Removal and subsequently removed to Mexico on the same day of November 09, 2024. On November 16, 2024, SAUCEDO-TORRES was arrested a third time for illegally re-entering the United States, and he was removed to Mexico on the same day of November 16, 2024. Later that evening, on November 16, 2024, SAUCEDO-TORRES was arrested a fourth time for illegally re-entering the US, and he was removed to Mexico the following day November 17, 2024.

8.      I conducted a record check in the DHS Computer Linked Application Informational Management System (CLAIMS) to determine if SAUCEDO-TORRES had filed an application for permission to reapply for admission into the United States after his three removals.  No record was found to exist indicating that SAUCEDO-TORRES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about June 4, 2025, Abel SAUCEDO-TORRES, an alien from Mexico, who has previously been removed from the United States to Mexico a total of three times, was found in the United States without having received the express consent from the Attorney General or the

3

Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a)(1).

Cesar Barrientos
Resident Agent
United States Border Patrol

Sworn to before me and signed in my presence,

in Fort Pierce, Florida, this _16_ day of July 2025.

Hon. ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**   ABEL TORRES-SAUCEDO

**Case No:**   25-mj-08378-AEV

Count #1:

Illegal Reentry by a Previously Removed Alien

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.